# United States Court of Appeals
## For the First Circuit

No. 20-1575

UNITED STATES OF AMERICA,

Appellee,

v.

JUNITO MELENDEZ, A/K/A JUNIOR,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on October 22, 2021, is amended as follows:

On page 10, line 2, remove the underlining from "21 U.S.C."